UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARLON SAMPSON,

                                **Plaintiff,**

            **-against-**

**ANDREW SAUL, Commissioner of Social Security,**

                                **Defendant.**
-----------------------------------------------------------------X

19-CV-06270 (PAE)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

        The Standing Order entered on July 9, 2019, ECF No. 4, directed Plaintiff to file a motion for judgment on the pleadings within 60 days of the date on which the defendant files the certified transcript of the administrative proceedings. Defendant filed the administrative record on October 18, 2019.[1] Accordingly, Plaintiff's motion for judgment on the pleadings was due on December 17, 2019. Plaintiff has not filed a motion for judgment on the pleadings. No later than January 17, 2020, Plaintiff shall either file his motion for judgment on the pleadings or submit a letter explaining why he is unable to do so. If Plaintiff does not respond to this Court order, the Court may recommend to District Judge Paul A. Englemayer that the action be dismissed.

**SO ORDERED.**

                                                            _____
                                                      SARAH NETBURN
DATED:    January 3, 2020                United States Magistrate Judge
             New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/3/2020

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Andrew Saul is automatically substituted for former Acting Commissioner Nancy Berryhill.