```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/16/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MARLON SAMPSON,

                Plaintiff,

        -against-

ANDREW M. SAUL, Commissioner of Social Security,

                Defendant.
------------------------------------------------------------X

19 CIVIL 6270 (PAE)(SN)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated October 16, 2020, the Report is adopted in full. The Commissioner's motion for judgment on the pleadings is granted, and Mr. Sampson's motion is denied; accordingly, the case is closed.

**Dated:**  New York, New York
          October 16, 2020

                                                    **RUBY J. KRAJICK**

                                                     **Clerk of Court**

                 **BY:**

                                                   **Deputy Clerk**